UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOUGLAS EIBEN,

        Plaintiff,                  No. 11-cv-10298

vs.                                   Hon. Gerald E. Rosen

GORILLA LADDER COMPANY,
et al.,

        Defendants.
_____/

ORDER GRANTING PLAINTIFF'S MOTION
FOR LEAVE TO FILE SUR-REPLY BRIEF

        At a session of said Court, held in
        the U.S. Courthouse, Detroit, Michigan
        on March 28, 2013

        PRESENT:   Honorable Gerald E. Rosen
                             United States District Chief Judge

        The Court having reviewed and considered Plaintiff Douglas Eiben's "Motion to Permit Plaintiff's Sur-Reply to Defendants' Replies Concerning Defendants' Motions in Liminè Nos. 1, 2, 3, 4, 5, 6, 7, and 8 and Motion for Summary Judgment," and having determined that sufficient good cause has been shown for the relief requested,

        NOW, THEREFORE,

        IT IS HEREBY ORDERED that Plaintiff's "Motion to Permit Plaintiff's Sur-Reply to Defendants' Replies Concerning Defendants' Motions in Limine Nos. 1, 2, 3, 4, 5, 6, 7, and 8 and Motion for Summary Judgment" **[Dkt. # 25]** is GRANTED. Accordingly, the Court will accept as properly-filed the Sur-Reply Brief appended to

Plaintiff's Motion.

SO ORDERED.


                                        s/Gerald E. Rosen  
                                        Chief Judge, United States District Court

Dated: March 28, 2013

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 28, 2013, by electronic and/or ordinary mail.

                                        s/Julie Owens  
                                        Case Manager, (313) 234-5135