UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOUGLAS EIBEN,

        Plaintiff,                                 No. 11-cv-10298

vs.

GORILLA LADDER COMPANY,
TRICAM INDUSTRIES, INC., and THE
HOME DEPOT USA, INC.,

        Defendants.
_____/

## JUDGMENT

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on April 22, 2013

        PRESENT:    Honorable Gerald E. Rosen
                              United States District Chief Judge

The Court having this date entered an Opinion and Order granting Defendants' Motion for Summary Judgment and dismissing Plaintiff's Complaint, in its entirety, with prejudice,

NOW, THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that a JUDGMENT OF DISMISSAL, WITH PREJUDICE, be, and hereby is, entered.

Dated: April 22, 2013                  s/Gerald E. Rosen
                                               Chief Judge, United States District Court

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 22, 2013, by electronic and/or ordinary mail.

                                        s/Julie Owens
                                        Case Manager, (313) 234-5135